[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 23-10506

Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

MAURICE DANIELS,
a.k.a. Reece,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:10-cr-20277-CMA-1

_____

Before WILLIAM PRYOR, Chief Judge, and ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Maurice Daniels, a federal prisoner, appeals *pro se* the denial of his motion to correct an alleged clerical error in his judgment of conviction. Fed. R. Crim. P. 36. We affirm.

As the district court ruled, Daniels's judgment accurately reflects his six offenses of conviction: two counts of conspiring to commit Hobbs Act robbery, 18 U.S.C. § 1951(a); two counts of Hobbs Act robbery, *id.*; and two counts of possessing a firearm in furtherance of a crime of violence, *id.* § 924(c)(1)(A). Insofar as Daniels purports to raise in his opening brief a challenge under *United States v. Davis*, 139 S. Ct. 2319 (2019), we will not consider it because he already pursued a *Davis*-based claim in a counseled successive motion to vacate, 28 U.S.C. § 2255, and any challenge to the validity of his convictions must be brought in a motion to vacate, *id. See McCarthan v. Dir. of Goodwill Indus.-Suncoast, Inc.*, 851 F.3d 1076, 1081 (11th Cir. 2017) (en banc).

We **AFFIRM** the denial of Daniels's motion to correct a clerical error.